# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **LELAND FOSTER**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-10494 |
| v. | ) | |
| | ) | |
| **ABVI OF BIRCH RUN, INC.**, et al | ) | District Judge Gershwin A. Drain |
| | ) | |
| Defendants. | ) | |

―――――――――――――――――――――――――――――――――――――/

| | |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Kevin K. Kilby (P68599) |
| Law Offices of Owen Dunn, Jr. | Angelo L. Berlasi, Jr. (P84185) |
| Attorney for Plaintiff | McGRAW MORRIS P.C. |
| The Offices of Unit C | Attorneys for Defendants |
| 6800 W. Central Avenue, Suite C-1 | 2075 W. Big Beaver Road, Ste. 750 |
| Toledo, Ohio 43617 | Troy, MI 48084 |
| (419) 241-9661 FAX (419) 241-9737 | (248) 502-4000 |
| dunnlawoffice@sbcglobal.net | kkilby@mcgrawmorris.com |
| | aberlasi@mcgrawmorris.com |

―――――――――――――――――――――――――――――――――――――/

**Stipulation and Order of Dismissal**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated:  November 9, 2023

                                     s/Gershwin A. Drain
                                     Hon. Gershwin A. Drain
                                     United States District Judge

Stipulated to by:

| /s/ Owen B Dunn, Jr. | /s/ Kevin K. Kilby |
|---|---|
| Owen B. Dunn, Jr. (P66315) | Kevin K. Kilby (P68599) |
| Law Offices of Owen Dunn, Jr. | Angelo L. Berlasi, Jr. (P84185) |
| Attorney for Plaintiff | McGRAW MORRIS P.C. |
| The Offices of Unit C | Attorneys for Defendants |
| 6800 W. Central Ave., Suite C-1 | 2075 W. Big Beaver Road, Ste. 750 |
| Toledo, OH  43617 | Troy, MI 48084 |
| 419-241-9661 | (248) 502-4000 |
| dunnlawoffice@sbcglobal.net | kkilby@mcgrawmorris.com |
| | aberlasi@mcgrawmorris.com |